UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT S. MARKMAN,<br><br>    Plaintiff,<br>  v.<br><br>WILLIAM LEONI and GUMECINO LEAL,<br>    Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. CV 09-8364 SVW (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Complaint is dismissed with prejudice.

DATED: January 5, 2012

_____
STEPHEN V. WILSON
United States District Judge